Form 3A
(10/05)

# United States Bankruptcy Court

District Of ___Illinois___

In re ___Edward N Coury___,    Case No. __08-12720__
_____Debtor_____
Chapter __13__

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $ __274.00__ in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

   $ __68.50__    Check one ☒ With the filing of the petition, or
                          ☐ On or before __5-26-08__

   $ __68.50__    on or before __6-26-08__
   $ __68.50__    on or before __7-26-08__
   $ __68.50__    on or before __8-26-08__

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
MAY 1 9 2008
KENNETH S. GARDNER, CLERK
PS REP. - SJ

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____    _____    [signature]    __5-19-08__
Signature of Attorney              Date               Signature of Debtor          Date
                                                      (In a joint case, both spouses must sign.)

_____
Name of Attorney
                                                      _____
                                                      Signature of Joint Debtor (if any)    Date

Form 3A Contd.
(10/05)

# United States Bankruptcy Court
### _____ District Of _____Illinois____

In re __EdwArd N Coury__,    Case No. 08-12720
         Debtor

                             Chapter __13__

### ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐    IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐    IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _____ Check one ☐ With the filing of the petition, or
                               ☐ On or before _____

$ _____ on or before _____

$ _____ on or before _____

$ _____ on or before _____

☐    IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

                                                              BY THE COURT

Date: **MAY 1 9 2008**                                        **KENNETH S. GARDNER**
                                                              **Clerk, U.S. Bankruptcy Court**

                                                              Kenneth S. Gardner, Clerk of the Court