```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 12720
   EDWARD N COURY
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-6207

------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 05/19/2008 and was not confirmed.

     The case was dismissed without confirmation 07/21/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT   INTEREST       PRINCIPAL
                                                          PAID           PAID
------------------------------------------------------------------------
PROPERTY ASSET MANAGEMEN  NOTICE ONLY    NOT FILED            .00            .00
ASSET ACCEPTANCE CORP     UNSECURED        1775.12            .00            .00
AMERICAS SERVICING COMPA  CURRENT MORTG        .00            .00            .00
AMERICAS SERVICING COMPA  SECURED NOT I   25945.01            .00            .00
PACOS CUSTOM CLOTHIERS    UNSECURED        2486.09            .00            .00
PRO SE DEBTOR             DEBTOR ATTY         .00                            .00
TOM VAUGHN                TRUSTEE                                            .00
DEBTOR REFUND             REFUND                                             .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                     RECEIPTS             DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                   .00

PRIORITY                                       .00
SECURED                                        .00
UNSECURED                                      .00
ADMINISTRATIVE                                 .00
TRUSTEE COMPENSATION                           .00
DEBTOR REFUND                                  .00
                     --------------       --------------
TOTALS                    .00                  .00

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 10/23/08          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```